# Claims Proposed Distribution

## Case:  09-10059    HEMMINGS, ROBIN A.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | RAYMOND J. OBUCHOWSKI | Admin Ch. 7 | 122.13 | 122.13 | 122.13 | 0.00 | 0.00 | 0.00 |
|  | RAYMOND J. OBUCHOWSKI | Admin Ch. 7 | 250.56 | 250.56 | 250.56 | 0.00 | 0.00 | 0.00 |
| 1 | CVPS | Unsecured | 111.11 | 111.11 | 0.84 | 110.27 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | Unsecured | 2,602.76 | 2,602.76 | 19.57 | 2,583.19 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | Unsecured | 3,951.88 | 3,951.88 | 29.71 | 3,922.17 | 0.00 | 0.00 |
| 4 | Atlantic Crd | Unsecured | 22,072.06 | 22,072.06 | 165.92 | 21,906.14 | 0.00 | 0.00 |
| 5 | Sallie Mae | Unsecured | 55,008.81 | 55,008.81 | 413.52 | 54,595.29 | 0.00 | 0.00 |
|  | **Total for Case 09-10059 :** |  | **$84,119.31** | **$84,119.31** | **$1,002.25** | **$83,117.06** | **$0.00** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $372.69 | $372.69 | $372.69 | $0.00 | 100.000000% |
| Total Unsecured Claims : | $83,746.62 | $83,746.62 | $629.56 | $0.00 | 0.751744% |



RECEIVED
APR 26 2010
US BANKRUPTCY COURT
DISTRICT OF VERMONT